Prob12D
D/NV Form
Rev. Mar. 2007

# United States District Court

for

the District of Nevada

## REQUEST FOR HEARING
## TO MODIFY CONDITIONS OR TERMS OF SUPERVISION

Name of Offender:   **CORINA MARIE FOX**

Case Number:   **2:10-cr-358-LDG-LRL**

Name of Sentencing Judicial Officer: __Honorable Larry A. Burns__

Date of Original Sentence: __January 19, 2010__

Original Offense: __Transportation of Illegal Aliens__

Original Sentence: __5 years probation.__

Date Supervision Commenced: __January 19, 2010__

Date Jurisdiction Transferred to District of Nevada: __July 09, 2010__

Name of Assigned Judicial Officer: __Lloyd D. George__

## PETITIONING THE COURT

The offender not having waived a hearing, the probation officer requests that a summons be issued and a hearing held to modify the conditions of supervision as follows:

1. **You shall reside at and participate in the program of a residential re-entry center for a period of 30 months as approved and directed by the probation officer.**

## CAUSE

Corina Fox failed to show for required drug/alcohol testing on the following dates: December 14, 2011, December 16, 2011, December 20, 2011, January 25, 2012, January 27, 2012, and January 30, 2012. On January 31, 2012, Fox was questioned about her missed drug/alcohol tests. Fox stated that she forgets to call the drug line nightly as required and therefore is unaware if she is required to test or not.

As a correctional intervention, Fox and her supervising officer reviewed the requirements for drug/alcohol testing. Fox was also counseled on the importance of compliance with this condition. As a controlling intervention, the probation office recommends that Fox's conditions be modified to include the placement and participation in the program of a residential- re-entry center for a period of 30 days. Fox is not in agreement with the probation officers recommendation and is unwilling to sign a Probation Form 49 (Waiver of Hearing) to modify her conditions of probation. It is requested that a summons be issued to address Fox's violations of supervised release.

I declare under penalty of perjury that the information contained herein is true and correct.

Executed on _____February 9, 2012_____.

_____
JOY GABONIA
Senior United States Probation Officer

APPROVED: _____
NANCY M. BOULTON
Supervising United States Probation Officer

## THE COURT ORDERS:

_____ No action

__XX__ The issuance of a summons

_____ Other

_____
Signature of Judicial Officer

__15 Feb 2012__
Date